# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF NEW YORK

## DEFAULT JUDGMENT IN A CIVIL CASE

UPSTATE NEW YORK CARPENTERS
PENSION FUND by Patrick Morin and
Lloyd Martin as Trustees; EMPIRE STATE
CARPENTERS WELFARE, ANNUITY &
APPRENTICE TRAINING FUNDS, by
Patrick M orin and Lloyd Martin, as
Trustees; and EMPIRE STATE REGIONAL
COUNCIL OF CARPENTERS, REGION 3,
CARPENTERS LOCAL NO. 747, by Gary
Toth, Senior Council Representative

   vs.           CASE NUMBER: 5:08-CV-129
                     (NAM/GHL)

KNOFI McCLARY

**Decision by Court.**  This action came to trial or hearig before the Court.  The issues have been tried or heard and a decision has been rendered.

**IT IS ORDERED AND ADJUDGED** that Defendants PAC and Liberty's Motion for Default Judgment against Knofi McClary is GRANTED in the amount of $10,010.42

All of the above pursuant to the Order of the Honorable Chief United States District Judge Norman A. Mordue dated the 28th day of September, 2010.

Dated: September 29, 2010

*Lawrence K. Baerman*
Clerk of Court

By: s/ Melissa Ennis
Deputy Clerk