# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF NEW YORK

## **AMENDED DEFAULT JUDGMENT IN A CIVIL CASE**

UPSTATE NEW YORK CARPENTERS PENSION FUND and the EMPIRE STATE CARPENTERS WELFARE, ANNUITY and APPRENTICE TRAINING FUNDS, by Patrick Morin and Lloyd Martin, as Trustees; and the EMPIRE STATE REGIONAL COUNCIL OF CARPENTERS, REGION 3, CARPENTERS LOCAL NO. 747, by Gary Toth, Senior Council Representative

      Plaintiffs

 vs.            CASE NUMBER: 5:08-CV-129
                     (NAM/GHL)

THE MBE GROUP, INC., KNOFI McCLARY, PAC & ASSOCIATES OF OSWEGO, INC. and LIBERTY MUTUAL INSURANCE COMPANY

     Defendants

**Decision by Court.** This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

**IT IS ORDERED AND ADJUDGED** that Defendants PAC & Associates of Oswego, Inc. and Liberty Mutual Insurance Company's Motion for Default Judgment against Knofi McClary is GRANTED and Default Judgment is hereby entered against Knofi McClary in the amount of $10,010.42.

All of the above pursuant to the Order of the Honorable Chief United States District Judge Norman A. Mordue dated the 28th day of September, 2010.

Dated: October 5, 2010

                    Clerk of Court

                    By: s/ Melissa Ennis
                      Deputy Clerk