# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF NEW YORK

## JUDGMENT IN A CIVIL CASE

_____

UPSTATE NEW YORK CARPENTERS PENSION
FUND and the EMPIRE STATE CARPENTERS
WELFARE, ANNUITY and APPRENTICE TRAINING
FUNDS, by Patrick Morin and Lloyd Martin, as Trustees,
and the EMPIRE STATE REGIONAL COUNCIL OF
CARPENTERS, REGION 3, CARPENTERS LOCAL
NO. 747, by Gary Toth, Senior Council Representative.

        vs.                      Plaintiffs,       5:08-CV-00129
                                                       (NAM/GHL)

THE MBE GROUP, INC., KNOFI McCLARY, PAC &
ASSOCIATES OF OSWEGO, INC. and LIBERTY
MUTUAL INSURANCE COMPANY,
                                Defendants.

_____

**Decision by Court.** This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

**IT IS ORDERED AND ADJUDGED** that Plaintiffs are awarded judgment against Defendants The MBE Group, Inc. and Knofi McClary, for the sum of $16,190.89 representing $5,550.00 in unpaid contributions, $3,016.89 in interest through December 7, 2010, $1,100.00 in liquidated damages, and $6,524.00 in attorneys' fees and costs through November 2008. Plaintiffs are further awarded interest from December 7, 2010 through the date this Judgment is entered in the amount of $1.80 per day.

All of the above pursuant to the Order of the Honorable Chief District Judge Norman A. Mordue, dated the 4th day of March, 2011.

DATED: March 4, 2011

Clerk of Court

                                                          s/ Melissa Ennis
                                                          Melissa Ennis
                                                          Deputy Clerk